**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| SHAWN ANDREA SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.   3:24-cv-1052 |
| | ) | Judge Trauger |
| DEBBIE MOSS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**O R D E R**

On May 27, 2026, the Magistrate Judge issued a Report and Recommendation (Doc No. 31), to which no timely objections have been filed.  The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, the following are hereby ORDERED:

1.  The plaintiff's First Amendment claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2) for failure to state claims on which relief can be granted.  The court declines to exercise jurisdiction over the plaintiff's pendant state law claims under 28 U.S.C. § 1367.

2.  Defendant Wilson County, Tennessee's Motion for Judgment on the Pleadings (Doc. No. 13) is hereby TERMED AS MOOT.

3.  The Motion to Dismiss filed by defendants Wilson County Circuit Court Clerk Debbie Moss and Circuit Court Judge Clara Byrd (Doc. No. 24) is hereby TERMED AS MOOT.

4.  The plaintiff's Demand for Judgment (Doc. No. 29) is hereby TERMED AS MOOT.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
United States District Judge