IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAWN ANDREA SIMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-cv-01052 ) Judge Aleta A. Trauger |
| DEBBIE MOSS *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the plaintiff Shawn Sims' Objections (Doc. No. 33) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**, and the R&R (Doc. No. 31) is **ACCEPTED IN ITS ENTIRETY**. In accordance with the recommendations set forth therein, the plaintiff's First Amendment claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2) for failure to state claims on which relief can be granted. Further, the court **DECLINES** to exercise supplemental jurisdiction over the plaintiff's state-law claims, and those claims are likewise **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED AS MOOT**.

This Order terminates the case and is a final Order, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge